[No. 46446-9-I. Division One. April 30, 2001.]

JOEL WADE, *Appellant*, v. MICHAEL MILES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-14581-1, Palmer Robinson, J., entered February 4, 2000. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid, C.J., and Appelwick, J.

[No. 46453-1-I. Division One. April 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. OLLIE RICHARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-00356-7, Helen Halpert, J., entered April 18, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46469-8-I. Division One. April 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. GERMAN ARUTYUNOV, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-04348-7, James A. Doerty, J., entered May 3, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46606-2-I. Division One. April 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY GIBSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-00834-7, Jeffrey M. Ramsdell, J., entered May 2, 2001. *Affirmed* by unpublished per curiam opinion.